Certificate Number: 03088-PAE-DE-037530789

Bankruptcy Case Number: 18-10737



03088-PAE-DE-037530789

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2023, at 7:23 o'clock PM CDT, Amanda A Mosley completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 21, 2023           By:    /s/Doug Tonne

                                Name:  Doug Tonne

                                Title: Counselor