United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Amanda A. Mosley  
    Debtor

Case No. 18-10737-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jun 22, 2023     Form ID: 138OBJ     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda A. Mosley, 15 Bayard Ave, Sharon Hill, PA 19079-1010 |
| 14050723 | + | AQUA PENNSYLVANIA, 762 W. LANCASTER AVENUE, BRYN MAWR, PA 19010-3489 |
| 14231337 | + | Credit Acceptance Corporation, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 14050729 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14057923 | + | Lakeview Loan Servicing LLC, c/o Christopher M. McMonagle, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 23 2023 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2023 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14057466 | | Email/Text: ally@ebn.phinsolutions.com | Jun 23 2023 00:39:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14050721 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 23 2023 00:39:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 14050724 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2023 00:57:36 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14050725 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 23 2023 00:40:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14050726 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 23 2023 00:40:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, PO Box 82505, Lincoln, NE 68501-2505 |
| 14050727 | + | Email/Text: bankruptcynotices@dcicollect.com | Jun 23 2023 00:40:00 | Diversified Consultants, Inc., Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14050728 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 23 2023 00:57:14 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14090076 | ^ | MEBN | Jun 23 2023 00:35:58 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14050730 | | Email/Text: camanagement@mtb.com | Jun 23 2023 00:40:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14746180 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 23 2023 00:57:45 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14077567 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2023 00:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14050731 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 23 2023 00:40:00 | PECO, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14255354 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2023 01:49:28 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14079984 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2023 00:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14050733 | ^ | MEBN | Jun 23 2023 00:35:55 | Stern & Eisenberg, LLP, 1581 Main Street, Ste 200, Warrington, PA 18976-3403 |
| 14070410 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 23 2023 00:40:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14050722 | *+ | Amanda A. Mosley, 15 Bayard Ave, Sharon Hill, PA 19079-1010 |
| 14050732 | ##+ | Pelican Auto Finance L, Po Box 420848, San Diego, CA 92142-0848 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS
  on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
  on behalf of Creditor LAKEVIEW LOAN SERVICING LLC cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com

JOHN L. MCCLAIN
  on behalf of Debtor Amanda A. Mosley aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: 138OBJ | Total Noticed: 23 |

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
   on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
   on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

WILLIAM EDWARD MILLER
   on behalf of Creditor LAKEVIEW LOAN SERVICING LLC william.miller@padgettlawgroup.com
   bankruptcy@friedmanvartolo.com

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Amanda A. Mosley
        Debtor(s)                                       Case No: 18−10737−amc
                                                                            Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                        900 Market Street
                          Suite 400
                   Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/22/23