**Fill in this information to identify the case:**

Debtor 1  Amanda A. Mosley

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of PA

Case number  18-10737 AMC

# Form 4100R

# Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:**  MidFirst Bank    **Court claim no.** (if known):  6-1

**Last 4 digits** of any number you use to identify the debtor's account:  6450
**Property address:**

15 Bayard Avenue
Sharon Hill, PA 19079

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    (a)    $ 0.00

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b)    $ 1,150.00

c.  **Total.** Add lines a and b.    (c)    $ 1,150.00

Creditor asserts that the debtor(s) are contractually obligated for   07 / 01 / 2023
the postpetition payment(s) that first became due on:

| Debtor(s) | Amanda A. Mosley | | | Case Number *(if known)*: 18-10737 AMC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:    Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

**Part 5:    Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/     Date    05/16/2023
Mark Cronin
16 May 2023, 15:24:15, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 16106
    215-627-1322
    bkgroup@kmllawgroup.com
    Attorney for Creditor

Document ID: cb698b15654014083a0adc45d7547af403fc234dc6246f7b7d23a5ad2188c613

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Amanda A. Mosley |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA PHILADELPHIA DIVISION (State) |
| Case number | 18-10737-ELF |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** LAKEVIEW LOAN SERVICING LLC          **Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account:          XXXXXX7617

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X   No

o   Yes.  Date of the last note: ____/____/_____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | 04/12/2018 Proof of Claim ($425.00) | (5) $ 425.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses.  Specify:_____ | | (10) $ _____ |
| 11. Other.  Specify:_____ | | (11) $ _____ |
| 12. Other.  Specify:_____ | | (12) $ _____ |
| 13. Other.  Specify:_____ | | (13) $ _____ |
| 14. Other.  Specify:_____ | | (14) $ _____ |

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 1

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   Amanda A. Mosley                                    Case number (if known) 18-10737-ELF

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

o   I am the creditor.

X   I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X   */s/ Christopher M. McMonagle*           Date 04/25/2018
    Signature

Print:      Christopher M. McMonagle                    Title: Attorney for Creditor
            First Name    Middle Name    Last Name

Company     Stern & Eisenberg, PC

Address     1581 Main Street, Suite 200
            Number              Street

            Warrington          PA          18976
            City                State       ZIP Code

Contact phone   (215) 572-8111              Email   cmcmonagle@sterneisenberg.com

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the parties listed below served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date:  April 25, 2018

John L. McClain
P.O. Box 123
Narbeth, PA 19072-0123
aaamcclain@aol.com
Attorney for Debtor

William C. Miller, Esq.
P.O. Box 1229
Suite 1813
Philadelphia, PA 19105
wcmiller@ramapo.com
Trustee

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
U.S. Trustee

and by standard first class mail postage prepaid to:

Amanda A. Mosley
15 Bayard Ave
Sharon Hill, PA 19079
Debtor

    /s/   Christopher M. McMonagle
Christopher M. McMonagle, BAR# 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Ph:  (215) 572-8111
cmcmonagle@sterneisenberg.com
Attorney for Secured Creditor

PA201700002073

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Amanda A. Mosley |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA PHILADELPHIA DIVISION (State) |
| Case number | 18-10737-ELF |

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** LAKEVIEW LOAN SERVICING LLC    **Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account:    XXXXXX7617

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

o    No

X    Yes. Date of the last note: _04_/_25_/_2018_

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | 04/18/2018 Plan Review ($225.00) 04/23/2018 Plan Objection ($500.00) | (3) $ 725.00 |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ _____ |
| 11. Other. Specify:_____ | | (11) $ _____ |
| 12. Other. Specify:_____ | | (12) $ _____ |
| 13. Other. Specify:_____ | | (13) $ _____ |
| 14. Other. Specify:_____ | | (14) $ _____ |

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Amanda A. Mosley                                         Case number (if known) 18-10737-ELF

### Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

o    I am the creditor.

X    I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X    /s/ Christopher M. McMonagle                    Date  06 / 18 / 2018
     Signature

Print:      Christopher M. McMonagle                    Title: Attorney for Creditor
            First Name        Middle Name    Last Name

Company     Stern & Eisenberg, PC

Address     1581 Main Street, Suite 200
            Number            Street

            Warrington              PA              18976
            City                    State           ZIP Code

Contact phone   (215) 572-8111              Email   cmcmonagle@sterneisenberg.com

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the parties listed below served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date: June 18, 2018

John L. McClain
P.O. Box 123
Narbeth, PA 19072-0123
aaamcclain@aol.com
Attorney for Debtor

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
wcmiller@ramapo.com
Trustee

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street  Suite 500
Philadelphia, PA19107
U.S. Trustee

and by standard first class mail postage prepaid to:

Amanda A. Mosley
15 Bayard Ave
Sharon Hill, PA 19079
Debtor

    /s/  Christopher M. McMonagle
Christopher M. McMonagle, BAR# 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Ph:  (215) 572-8111
cmcmonagle@sterneisenberg.com
Attorney for Secured Creditor

PA201700002073

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Amanda A. Mosley**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 18-10737 AMC** |
| **MidFirst Bank**<br>　　　　　　　　　　**Movant**<br>　　　　vs.<br>**Amanda A. Mosley**<br>　　　　　　　　　　**Debtor(s)**<br>**Kenneth E. West**,<br>　　　　　　　　　　**Trustee** | **Chapter 13**<br><br>**Related to Claim No. 6-1** |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 16, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Amanda A. Mosley
15 Bayard Avenue
Sharon Hill, PA 19079

Attorney for Debtor(s) (via ECF)
John L. McClain, Esq.
John L. McClain and Associates, PC
PO Box 123
Narberth, PA 19072

Trustee (via ECF)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first-class mail.

Dated: May 16, 2023

　　　　　　　　　　　　　　　　　　　　　　*/s/ Mark A. Cronin*
　　　　　　　　　　　　　　　　　　　　　　Mark A. Cronin Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 58240
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com